IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 10 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

vs.                                                         4:12CR00180-001

DWIGHT ALEXANDER

## ORDER

The material witness, Brenda Louthian, was taken into custody by the Court, to ensure her presence at the trial of defendant, Dwight Alexander, scheduled the week of July 9, 2013. The government has requested an order authorizing the witness, Brenda Louthian, to be allowed to wear regular clothes and be unshackled while in the Courtroom during her testimony. The Court has considered this request and finds that the request should be granted.

IT IS HEREBY ORDERED that the material witness, Brenda Louthian, be permitted to dress in regular clothing and to be unshackled in the Courtroom during her testimony in the trial of defendant, Dwight Alexander.

Dated this 10th day of July 2013.

_____
SUSAN WEBBER WRIGHT
United States District Judge