# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs.   NO. 4:12CR00180-001 SWW<br>(4:14CV00131 SWW) | |
| DWIGHT ALEXANDER | DEFENDANT |

## ORDER

Pending before the Court is a Pro Se Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 in the above-styled case. The Court finds that counsel should be appointed in this matter.

IT IS SO ORDERED that the matter of appointment of counsel for this defendant be referred to U. S. Magistrate Judge Beth Deere.

DATED this 3rd day of April 2014.

/s/Susan Webber Wright

United States District Judge