*IN THE UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| vs. | NO.  4:12CR00180-001  SWW<br>4:11CV00131 SWW | |
| DWIGHT ALEXANDER | | DEFENDANT |

<u>ORDER</u>

Pending before the Court is defendant's Pro Se Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 [doc #74].  The Court finds a hearing on this matter should be scheduled and hereby schedules such hearing for *1:30 p.m.* on *FRIDAY, JUNE 20, 2014*, in Courtroom 389, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, in Little Rock, Arkansas.

A list of exhibits and a list of the names of any witnesses expected to be called at the hearing, along with any documents pertaining to this matter that counsel desires the Court to review prior to the hearing,  shall be submitted by email to the Court *no later than noon on Wednesday, June 18, 2014*.

IT IS SO ORDERED this 7th day of April 2014.

/s/Susan Webber Wright

United States District Judge